ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 DEC 10 A 9:32
CLERK BMcCarthy

| | | |
|---|---|---|
| RUFUS J. DICKERSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-093 |
| | ) | |
| FRED BURNETT; PAT ETHEREDGE; | ) | |
| TIM SPIRES; and JOHN AKINS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this 10th day of December, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE