ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 FEB 24 P 3 03
CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| RUFUS J. DICKERSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-093 |
| | ) | |
| FRED BURNETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED** (doc. no. 3), and this action is **DISMISSED** without prejudice.

SO ORDERED this 24th day of February, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that following the entry of the December 16, 2008 Order adopting the Magistrate Judge's Report and Recommendation, Plaintiff submitted a change of address, which indicated that he had not received a copy of the Report and Recommendation. (See doc. no. 8). Accordingly, in an abundance of caution, the case was re-opened, the appropriate documents were re-mailed, and Plaintiff was permitted an additional fifteen (15) days to file his objections to the Report and Recommendation. (Doc. no. 9). The additional 15 days have expired, and Plaintiff has failed to file any objections.